# 764 CASES REPORTED WITH BRIEF SYLLABI.

ants. GEORGE H. RINGLER, Appellant.— Order granting plaintiff's motion to continue temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Seeger, JJ., concur.

BARD-PARKER CO., INC., Respondent, v. N. S. LOW & CO., INC., and GEORGE H. RINGLER, Appellants. JOHN DOE and Others, Defendants.— Order granting plaintiff's motion to continue temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Seeger, JJ., concur.

BITZICK BROS., INC., and Others, Respondents, v. VICTOR E. DESSART and Others, Appellants, and HARRY ROSENSTEIN, Defendant.— Order denying motion of defendants, appellants, for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

BITZICK BROS., INC., JACOB BITZICK and MONTE BITZICK, Appellants, v. VICTOR E. DESSART and Others, Defendants, and HARRY ROSENSTEIN, Respondent.— Order granting motion to dismiss complaint as to defendant Rosenstein, and judgment entered thereon, reversed upon the law and the facts, with costs, and motion denied, with ten dollars costs, upon the ground that the complaint is sufficient upon its face. Whether Rosenstein's title was in fact paramount is a question of fact to be determined upon the trial, upon the evidence adduced under the pleadings. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

MAUDELLA MAE CAHILL, as Executrix, etc., of WILLIAM P. W. HAFF, Deceased, Respondent, v. HARMON B. W. HAFF, Appellant.— Judgment modified by deducting therefrom the sum of $39,000, with an adjustment of interest accordingly, the defendant to remain accountable for the amount realized on the uncollected claims involved in the item of uncollected assets, payment thereof to be enforced by application at the foot of the decree as provided therein. As so modified, the judgment is affirmed, without costs. Findings of fact and conclusions of law inconsistent with this determination are reversed, and new findings will be made in accordance herewith. Order denying motion to refer cause back to referee affirmed, without costs. Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur. Settle order on notice, fixing the figures.

VITO CANNELLA, Appellant, v. LOUIS M. LERMAN and ROSE LERMAN, Respondents.— Judgment in favor of defendants and against plaintiff on the counterclaim reversed upon the law and the facts, counterclaim dismissed, and judgment directed for plaintiff as prayed for in the complaint, with costs. Findings of fact inconsistent with this determination are reversed. New findings will be made. We are of opinion that there was neither mistake nor fraud in the contract upon which appellant based his cause of action, and which was reformed by the trial court, and as reformed, directed to be specifically performed by appellant. There was no mistake as to the terms of the original agreement, nor was there any mistake or inadvertence in reducing it to writing, The instrument expresses the agreement actually made. Where there is no mistake in the terms of an agreement, but through a mistake of the scrivener, or by any other inadvertence in reducing it to writing, the instrument does not express the agreement actually made, the instrument may be reformed. Where the action, however, is to reform the agreement itself, it is essential that it be alleged and proved that the mistake was mutual. Here there was no mistake, either in the original agreement or in the instrument